**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ISSAC A. POTTER, JR.,

    Plaintiff,

v.                                            Case No: 6:18-cv-2205-Orl-40DCI

FLORIDA PATIENTS
COMPENSATIONS FUND, ORLANDO
HEALTH, INC., ADVENTIST HEALTH
SYSTEM/SUNBELT, INC., JOSHUA
STEPHANY and GERBER LIFE
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis/Affidavit of Indigency (Doc. 19) filed on March 29, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 1, 2019 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Appeal in Forma Pauperis/Affidavit of Indigency (Doc. 19) is **DENIED**.

3. The Court **CERTIFIES** the appeal is not taken in good faith.

4. The Clerk is **DIRECTED** to notify the Eleventh Circuit in accordance with Fed. R. App. P. 24(a)(4).

5. The Clerk is further **DIRECTED** to send a copy of this report to Plaintiff by regular and certified mail.

**DONE AND ORDERED** in Orlando, Florida on April 19, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties